AO 91 (Rev. 11/11)   Criminal Complaint

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*January 06, 2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. M-26-0011-M |
| ) | |
| Juan Julio OROSCO Valverde ) | |
| AKA ) | |
| Juan Julio OROSCO Balverde ) | |
| YOB:1981 ) | |
| COC: Mexico ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _December 28th, 2025_ in the county of _Hidalgo_ in the _Southern_ District of _Texas_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | Being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Donna, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States. |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA A. Benitez

/s/ Theodore Holmes
*Complainant's signature*

Theodore Holmes, HSI Special Agent
*Printed name and title*

☒ Sworn to telephonically and signed electronically
per Fed.R.Cr.4.1

Date: 1/6/25

*Judge's signature*

City and state:   McAllen, Texas

Nadia S. Medrano U.S. Magistrate Judge
*Printed name and title*

**Attachment A**

Juan Julio OROSCO Valverde is a citizen and national of Mexico who was previously deported, excluded or removed from the United States. On June 6, 2013, an immigration official removed OROSCO Valverde through the Eagle Pass, Texas Port of Entry.

Records revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States. On December 28, 2025, special agents visually confirmed OROSCO Valverde is currently living in the southern district of Texas in Donna, Texas.