174

United States Courts
Southern District of Texas
FILED

*February 03, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.** |
| | § | |
| **JUAN JULIO OROSCO-VALVERDE** | § | |
| **also known as Juan Julio Orosco-Balverde** | § | |

**M-26-457**

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about December 28, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JUAN JULIO OROSCO-VALVERDE
also known as Juan Julio Orosco-Balverde**

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully entered, attempted to enter, and was at any time found in the United States, to wit: near Donna, Texas, said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY