**U.S. Department of Justice**
Washington, D.C.
1/12/2026/pg

**Criminal Docket**

M-26-0011-M

_____McALLEN_____ Division

CR. No. **M-26-457**

**INDICTMENT**    Filed: February 3, 2026

Judge: **DREW B. TIPTON**

County: Hidalgo

Lions #: **2026R00393**

UNITED STATES OF AMERICA

v.

JUAN JULIO OROSCO-VALVERDE
also known as Juan Julio Orosco-Balverde
_Custody: 1/9/2026_

Attorneys:

NICHOLAS J. GANJEI, UNITED STATES ATTORNEY

EUGENE O'HALLORAN, ASST. U.S. ATTORNEY

Ct. 1                 Brian Buehler, FPD, (956) 630-2995

Charge(s):    Ct. 1:    Unlawfully present in the United States after being previously excluded, deported, and removed.
              Title 8, United States Code, Section 1326(a)

Total
Counts
(**1**)

Penalty:    Ct. 1:    Imprisonment for not more than 2 yrs. and/or a fine not to exceed $250,000 and not more than a 1 yr. SRT

Agency:    Homeland Security Investigations - Theodore (TJ) Holmes -  HG15BR26HG0007

Proceedings

Date