# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

UNITED STATES OF AMERICA    §

    VS        §   CRIMINAL NO. _M-26- 457_

~Juan, Julio Orosco Valverde~§

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED.R.CRIM.P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, _Juan, Julio Orosco Valverde_ , the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this __17th__ day of __February__, 2026.

_Juan Julio Orosco B_
**Defendant**

_____
**Attorney for Defendant**

_____
**Assistant United States Attorney**